

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| JENNIFER CABALLERO, | § | No. 08-18-00033-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| SANJIV VIG, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCM6244) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 7, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 7, 2019.

IT IS SO ORDERED this 6th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.